**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Chrestotes, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 45-5386147 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **820 Mesita Place** **Fullerton, CA 92835** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** **820 Mesita Place Fullerton, CA 92835** |
| County | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Chrestotes, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

——

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor  **Chrestotes, Inc.**
_____  Case number (*if known*) _____
Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
        Contact name     _____
        Phone            _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Chrestotes, Inc.                                                    Case number (if known)
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 1, 2017
               MM / DD / YYYY

X _____          Dolfy Valdivia
  Signature of authorized representative of debtor    Printed name

Title    Secretary

**18. Signature of attorney**

X _____          Date  July 1, 2017
  Signature of attorney for debtor                    MM / DD / YYYY

David A. Tilem
Printed name

Law Offices of David A. Tilem
Firm name

206 N. Jackson Street, #201
Glendale, CA 91206
Number, Street, City, State & ZIP Code

Contact phone    (818) 507-6000          Email address

103825
Bar number and State

| | |
|---|---|
| Debtor name | **Chrestotes, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 1, 2017___    X _____
                                    Signature of individual signing on behalf of debtor

                                    **Dolly Valdivia**
                                    Printed name

                                    **Secretary**
                                    Position or relationship to debtor

Official Form 202                          Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

<table>
<tr><td colspan="2">
Fill in this information to identify the case:<br>
Debtor name   **Chrestotes, Inc.**<br>
United States Bankruptcy Court for the:   **CENTRAL DISTRICT OF CALIFORNIA**<br>
Case number (if known): _____
</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1st Centennial Bank 218 E. State Street Redlands, CA 92373 | | 830 Arbolado Drive Fullerton, CA 92835 Lien only affects only 1/3 or 1/2 interest in the property. | Disputed | $275,000.00 | $1,033,300.00 | $275,000.00 |
| 1st Centennial Bank 218 East State Street Redlands, CA 92373 | | 820 Mesita Place Fullerton, CA 92835 | Disputed | $275,000.00 | $1,335,300.00 | $275,000.00 |
| Aaronson & Associates 24862 Clavel Mission Viejo, CA 92692 | | 820 Mesita Place Fullerton, CA 92835 | | $69,000.00 | $1,335,300.00 | $69,000.00 |
| Aaronson & Associates 24862 Clavel Mission Viejo, CA 92692 | | 779 Arbolado Drive Fullerton, CA 92835 | | $69,000.00 | $752,050.00 | $69,000.00 |
| B & R Cassel Enterprises, Inc. 8542 Doremere Drive Huntington Beach, CA 92646 | | 779 Arbolado Drive Fullerton, CA 92835 | | $44,400.00 | $752,050.00 | $44,400.00 |
| EKB Financial 27110 Tube Rose Street Murrieta, CA 92562 | | 779 Arbolado Drive Fullerton, CA 92835 | | $25,000.00 | $752,050.00 | $25,000.00 |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812 | | State Income Taxes: 830 Arbolado Drive Fullerton, CA 92835 | Disputed | | | $23,066.98 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Chrestotes, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812 | | State Income Taxes: 820 Mesita Place Fullerton, CA 92835 | Disputed | | | $23,066.98 |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812 | | State Income Taxes: 830 Arbolado Drive Fullerton, CA 92835 | Disputed | | | $22,185.88 |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812 | | State Income Taxes: 820 Mesita Place Fullerton, CA 92835 | Disputed | | | $22,185.88 |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812 | | State Income Taxes: 830 Arbolado Drive Fullerton, CA 92835 | Disputed | | | $19,407.12 |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812 | | State Income Taxes: 830 Arbolado Drive Fullerton, CA 92835 | Disputed | | | $30,928.13 |
| Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812 | | State Income Taxes 820 Mesita Place Fullerton, CA 92835 | Disputed | | | $30,928.13 |
| Gregg Tenelshof 610 E. Date St. Brea, CA 92821 | | 830 Arbolado Drive Fullerton, CA 92835 | Disputed | $207,193.00 | $1,033,300.00 | $20,893.00 |
| Lidia O. Flores 2722 Dollar Street Lakewood, CA 90712 | | 779 Arbolado Drive Fullerton, CA 92835 | | $25,000.00 | $752,050.00 | $25,000.00 |
| Lif Inc. 6521 Morningside Drive Huntington Beach, CA 92648 | | 779 Arbolado Drive Fullerton, CA 92835 | | $55,000.00 | $752,050.00 | $55,000.00 |
| LVNV Funding, LLC 700 Executive Center Drive # 300 Greenville, SC 29615 | | 830 Arbolado Drive Fullerton, CA 92835 | Disputed | $16,977.95 | $1,033,300.00 | $16,977.95 |

Debtor    **Chrestotes, Inc.**                                          Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mortgage Electronic Registration Systems, Inc.** 1818 Library Street, Suite 300 Reston, VA 20190 | | **779 Arbolado Drive Fullerton, CA 92835** | | $62,500.00 | $752,050.00 | $62,500.00 |
| **Mortgage Electronic Registration Systems, Inc.** 1818 Library Street, Suite 300 Reston, VA 20190 | | **779 Arbolado Drive Fullerton, CA 92835** | | $1,350,000.00 | $752,050.00 | $597,950.00 |
| **Tenelshof and Rhode** 600 E. Date Street Brea, CA 92821 | | **820 Mesita Place Fullerton, CA 92835** | Disputed | $207,193.00 | $1,335,300.00 | $21,293.00 |

**United States Bankruptcy Court**
**Central District of California**

In re  Chrestotes, Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dolly Valdivia<br>820 Mesita Place<br>Fullerton, CA 92835 | Secretary | 50 | Common Stockholder |
| Raul Valdivia<br>820 Mesita Place<br>Fullerton, CA 92835 | President | 50 | Common Stockholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 1, 2017

Signature

Dolly Valdivia

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

In Re: Raul M. Valdivia and Dolly Rosario Valdivia; Case#: 8:99-bk-21563-JB; Date Filed: 11/22/1999; Central District of California, Santa Ana Division, Discharged: 3/6/00

In Re: Raul Valdivia; 8:96-bk-12267-JW; Date Filed: 2/29/1996; Central District of California, Santa Ana Division, Discharged: 9/23/1996

In Re: Raul Valdivia; 8:96-bk-12267-JW; Date Filed: 2/29/1996; Central District of California, Santa Ana Division, Discharged: 9/23/1996

In Re: Raul Valdivia, 8:00-bk-15505-JR; Date Filed: 7/14/00; Central District of California, Santa Ana Division, Dismissed: 12/17/2003

In Re: Raul Valdivia; 8:15-bk-12550-CB; Date Filed 5/18/15; Central District of California, Santat Ana Division, Dismissed: 6/11/15

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
See Question #1

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Date:   July 1, 2017

**Dolly Valdivia**
Signature of Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name  **Chrestotes, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    3,120,650.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $    1,803.14

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $    3,122,453.14

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................    $    4,694,641.90

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    227,315.75

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    +$    0.00

4.    **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b    $    4,921,957.65

| Fill in this information to identify the case: |
|---|

Debtor name      **Chrestotes, Inc.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Farmers & Merchants Bank** | **Checking** | 5114 | $1,803.14 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$1,803.14**

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Chrestotes, Inc.**                                                    Case number *(If known)* _____
          Name

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **820 Mesita Place**<br>**Fullerton, CA 92835** | 100% | $0.00 | Comparable sale | $1,335,300.00 |
| 55.2.  **779 Arbolado Drive**<br>**Fullerton, CA 92835** | 50% TC | $0.00 | Comparable sale | $752,050.00 |
| 55.3.  **830 Arbolado Drive**<br>**Fullerton, CA 92835** | 100% | $0.00 | Comparable sale | $1,033,300.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor      **Chrestotes, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $3,120,650.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Chrestotes, Inc.**
        Name                                           Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,803.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................> | | $3,120,650.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,803.14 + 91b. | $3,120,650.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,122,453.14 |

**Fill in this information to identify the case:**

Debtor name     **Chrestotes, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  1st Centennial  Bank**<br>Creditor's Name<br><br><br>**218 E. State Street<br>Redlands, CA 92373**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/21/2007**<br>Last 4 digits of account number<br>**6612**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. California Reconveyance Company<br>2. Gregg Tenelshof<br>3. Gregg Tenelshof<br>4. 1st Centennial  Bank<br>5. LVNV Funding, LLC** | Describe debtor's property that is subject to a lien<br>**830 Arbolado Drive<br>Fullerton, CA 92835<br>Lien only affects only 1/3 or 1/2 interest in the property.**<br><br>Describe the lien<br>**Abstract of Judgment**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275,000.00 | $1,033,300.00 |
| **2.2  1st Centennial Bank**<br>Creditor's Name<br><br><br>**218 East State Street<br>Redlands, CA 92373**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**820 Mesita Place<br>Fullerton, CA 92835**<br><br>Describe the lien<br>**Abstract of Judgment**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No | $275,000.00 | $1,335,300.00 |

Debtor    **Chrestotes, Inc.**                                                    Case number (if know)
_____
Name

**5/21/2007**
Last 4 digits of account number
**6752**

Do multiple creditors have an
interest in the same property?

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. California Reconveyance
Company
2. Lif Inc.
3. B & R Cassel
Enterprises, Inc.
4. Tenelshof and Rhode
5. 1st Centennial Bank
6. LVNV Funding, LLC
7. Aaronson & Associates**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Aaronson & Associates** | Describe debtor's property that is subject to a lien | $69,000.00 | $752,050.00 |
|---|---|---|---|---|

Creditor's Name

**24862 Clavel
Mission Viejo, CA 92692**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**8/07/2007**
Last 4 digits of account number
**2693**

Do multiple creditors have an
interest in the same property?

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Mortgage Electronic
Registration
2. Mortgage Electronic
Registration
3. EKB Financial
4. Lif Inc.
5. B & R Cassel
Enterprises, Inc.
6. Aaronson & Associates
7. Lidia O. Flores**

**779 Arbolado Drive
Fullerton, CA 92835**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Aaronson & Associates** | Describe debtor's property that is subject to a lien | $69,000.00 | $1,335,300.00 |
|---|---|---|---|---|

Creditor's Name

**24862 Clavel
Mission Viejo, CA 92692**
Creditor's mailing address

_____
Creditor's email address, if known

**820 Mesita Place
Fullerton, CA 92835**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

---

Official Form 206D             Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**             page 2 of 10

Debtor    **Chrestotes, Inc.** _____    Case number (if know) _____
_____Name_____

| | |
|---|---|
| Date debt was incurred | ☐ No |
| **8/7/2007** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2693** | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.5 | **B & R Cassel Enterprises, Inc.** | | $44,400.00 | $1,335,300.00 |
|---|---|---|---|---|

Creditor's Name

**8542 Doremere Drive
Huntington Beach, CA
92646**
Creditor's mailing address

Creditor's email address, if known

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | |
| **820 Mesita Place
Fullerton, CA 92835** | |
| **Describe the lien** | |
| **Deed of Trust** | |
| **Is the creditor an insider or related party?** | |
| ■ No | |
| ☐ Yes | |
| **Is anyone else liable on this claim?** | |
| ☐ No | |
| ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

| | |
|---|---|
| Date debt was incurred | |
| **6/22/2007** | |
| **Last 4 digits of account number** | |
| **9797** | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.6 | **B & R Cassel Enterprises, Inc.** | | $44,400.00 | $752,050.00 |
|---|---|---|---|---|

Creditor's Name

**8542 Doremere Drive
Huntington Beach, CA
92646**
Creditor's mailing address

Creditor's email address, if known

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | |
| **779 Arbolado Drive
Fullerton, CA 92835** | |
| **Describe the lien** | |
| **Deed of Trust** | |
| **Is the creditor an insider or related party?** | |
| ■ No | |
| ☐ Yes | |
| **Is anyone else liable on this claim?** | |
| ■ No | |
| ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

| | |
|---|---|
| Date debt was incurred | |
| **6/22/2007** | |
| **Last 4 digits of account number** | |
| **9797** | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.7 | **California Reconveyance Company** | | $1,050,000.00 | $1,335,300.00 |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

Debtor  **Chrestotes, Inc.**
Name _____          Case number (if know) _____

| | |
|---|---|
| Creditor's Name | **820 Mesita Place** |
| **9200 Oakdale Ave # 100** | **Fullerton, CA 92835** |
| **Chatsworth, CA 91311** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **5/24/5005** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8034** | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.8 | **California Reconveyance Company** | Describe debtor's property that is subject to a lien | $705,000.00 | $1,033,300.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **830 Arbolado Drive** |
| **9200 Oakdale Ave # 100** | **Fullerton, CA 92835** |
| **Chatsworth, CA 91311** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **8/10/2004** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4410** | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.9 | **EKB Financial** | Describe debtor's property that is subject to a lien | $25,000.00 | $752,050.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **779 Arbolado Drive** |
| **27110 Tube Rose Street** | **Fullerton, CA 92835** |
| **Murrieta, CA 92562** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **5/4/2007** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2340** | |

---

Debtor  **Chrestotes, Inc.**
_____  Case number (if know) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.1 0 | **Gregg Tenelshof** | | | $142,000.00 | $1,033,300.00 |
|---|---|---|---|---|---|

Creditor's Name

**610 E. Date St.
Brea, CA 92821**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/7/2006**

**Last 4 digits of account number
2748**

| **Describe debtor's property that is subject to a lien**
**830 Arbolado Drive**
**Fullerton, CA 92835**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.1 1 | **Gregg Tenelshof** | | | $207,193.00 | $1,033,300.00 |
|---|---|---|---|---|---|

Creditor's Name

**610 E. Date St.
Brea, CA 92821**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/21/2007**

**Last 4 digits of account number
6557**

**Describe debtor's property that is subject to a lien**
**830 Arbolado Drive**
**Fullerton, CA 92835**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.1 2 | **Lidia O. Flores** | | | $25,000.00 | $752,050.00 |
|---|---|---|---|---|---|

Creditor's Name

**2722 Dollar Street
Lakewood, CA 90712**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**779 Arbolado Drive**
**Fullerton, CA 92835**

**Describe the lien**

---

Debtor    **Chrestotes, Inc.**                                    Case number (if know)
_____          _____
Name

**Deed of Trust**
_____
**Is the creditor an insider or related party?**

■ No
_____
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
**Date debt was incurred**

**8/21/2007**                                ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**9647**
**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
☐ No
                                           ☐ Contingent
■ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative
priority.                                  ☐ Disputed
**Specified on line 2.3**

---

| 2.1 3 | **Lif Inc.** | Describe debtor's property that is subject to a lien | $55,000.00 | $1,335,300.00 |

Creditor's Name

**616 8th Street**
**Huntington Beach, CA**          **820 Mesita Place**
**92648**                         **Fullerton, CA 92835**
_____
Creditor's mailing address

                                  **Describe the lien**
_____
                                  **Deed of Trust**
_____
                                  **Is the creditor an insider or related party?**

                                  ■ No
_____
                                  ☐ Yes
Creditor's email address, if known

                                  **Is anyone else liable on this claim?**

                                  ☐ No
**Date debt was incurred**

**6/14/2017**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**1113**
**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
☐ No
                                   ☐ Contingent
■ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative
priority.                          ☐ Disputed
**Specified on line 2.2**

---

| 2.1 4 | **Lif Inc.** | Describe debtor's property that is subject to a lien | $55,000.00 | $752,050.00 |

Creditor's Name

**6521 Morningside Drive**
**Huntington Beach, CA**          **779 Arbolado Drive**
**92648**                         **Fullerton, CA 92835**
_____
Creditor's mailing address

                                  **Describe the lien**
_____
                                  **Deed of Trust**
_____
                                  **Is the creditor an insider or related party?**

                                  ■ No
_____
                                  ☐ Yes
Creditor's email address, if known

                                  **Is anyone else liable on this claim?**

                                  ☐ No
**Date debt was incurred**

**6/14/2007**                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**1113**
**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Chrestotes, Inc.**                                Case number (if know) _____
          Name

| | |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 5**

| | | | |
|---|---|---|---|
| **LVNV Funding, LLC** | Describe debtor's property that is subject to a lien | $16,977.95 | $1,335,300.00 |
| Creditor's Name | **820 Mesita Place** | | |
| **700 Executive Center Drive # 300** | **Fullerton, CA 92835** | | |
| **Greenville, SC 29615** | | | |
| Creditor's mailing address | | | |
| | Describe the lien | | |
| | **Abstract of Judgment** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | Is anyone else liable on this claim? | | |
| **7/9/12** | ☐ No | | |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **LNJC** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.2** | ☐ Unliquidated | | |
| | ■ Disputed | | |

---

**2.1 6**

| | | | |
|---|---|---|---|
| **LVNV Funding, LLC** | Describe debtor's property that is subject to a lien | $16,977.95 | $1,033,300.00 |
| Creditor's Name | **830 Arbolado Drive** | | |
| **700 Executive Center Drive # 300** | **Fullerton, CA 92835** | | |
| **Greenville, SC 29615** | | | |
| Creditor's mailing address | | | |
| | Describe the lien | | |
| | **Abstract of Judgment** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | Is anyone else liable on this claim? | | |
| **7/9/12** | ■ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **LNJC** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated | | |
| | ■ Disputed | | |

---

**2.1 7**

| | | | |
|---|---|---|---|
| **Mortgage Electronic Registration** | Describe debtor's property that is subject to a lien | $1,350,000.00 | $752,050.00 |
| Creditor's Name | **779 Arbolado Drive** | | |
| **Systems, Inc.** | **Fullerton, CA 92835** | | |
| **1818 Library Street, Suite 300** | | | |
| **Reston, VA 20190** | | | |
| Creditor's mailing address | Describe the lien | | |

---

Debtor    **Chrestotes, Inc.**                                    Case number (if known) _____
           Name

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**7/7/2006**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8515**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 8 | **Mortgage Electronic Registration** | | |
|---|---|---|---|

Creditor's Name

**Systems, Inc.**
**1818 Library Street, Suite 300**
**Reston, VA 20190**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**779 Arbolado Drive**
**Fullerton, CA 92835**

$62,500.00              $752,050.00

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**12/12/2006**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6523**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **Tenelshof and Rhode** | | |
|---|---|---|---|

Creditor's Name

**600 E. Date Street**
**Brea, CA 92821**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**820 Mesita Place**
**Fullerton, CA 92835**

$207,193.00              $1,335,300.00

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**4/7/2008**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0100**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Chrestotes, Inc.**    Case number (if known) _____
        Name

- [ ] No
- [x] Yes. Specify each creditor,
  including this creditor and its relative
  priority.
  **Specified on line 2.2** _____

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| | |
|---|---|
| 3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,694,641.90** |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aaronson & Associates**<br>23622 Calabasas Road, Suite 121<br>Calabasas, CA 91302 | Line **2.3** | |
| **Aaronson & Associates**<br>32741 Seven Seas<br>Dana Point, CA 92629 | Line **2.3** | |
| **Aaronson & Associates**<br>23622 Calabasas Road, Suite 121<br>Calabasas, CA 91302 | Line **2.4** | |
| **Aaronson & Associates**<br>32741 Seven Seas<br>Dana Point, CA 92629 | Line **2.4** | |
| **B & R Cassel Enterprises, Inc.**<br>8542 Doremere Drive<br>Huntington Beach, CA 92646 | Line **2.6** | |
| **Brett Cassel**<br>23622 Calabasas Rd.<br>Calabasas, CA 91302 | Line **2.5** | |
| **David Rhode et al**<br>600 E. Date Street<br>Brea, CA 92821 | Line **2.10** | |
| **Deutsche Bank National Trust Co.**<br>1011 Centre Road, Suite 200<br>Wilmington, DE 19805 | Line **2.7** | |
| **Fred Witt**<br>27110 Tube Rose Street<br>Murrieta, CA 92562 | Line **2.9** | |
| **Gregg Tenelshof**<br>610 E. Date St.<br>Brea, CA 92821 | Line **2.19** | |
| **JP Morgan Chase & Co.**<br>1111 Polaris Parkway<br>Columbus, OH 43240 | Line **2.8** | |
| **Mark Antony Latini**<br>6521 Morningside Drive<br>Huntington Beach, CA 92648 | Line **2.13** | |

Debtor    **Chrestotes, Inc.**                                                    Case number (if know) _____
            Name

| | |
|---|---|
| **Quality Loan Service Corp.**<br>**2141 5th Avenue**<br>**San Diego, CA 92101** | Line **2.17** |
| **Quality Loan Service Corp.**<br>**2141 5th Avenue**<br>**San Diego, CA 92101** | Line **2.8** |
| **Rare Design Group, Inc.**<br>**1 Centerpointe Dr. Ste. 210**<br>**La Palma, CA 90623-2524** | Line **2.2** |
| **Rare Design Group, Inc.**<br>**1 Centerpointe Dr. Ste. 210**<br>**La Palma, CA 90623-2524** | Line **2.1** |
| **Select Portfolio Servicing, Inc.**<br>**P.O. Box 65250**<br>**Salt Lake City, UT 84165-0250** | Line **2.7** |
| **The Bank of New York Mellon**<br>**225 Liberty Street**<br>**New York, NY 10286** | Line **2.17** |
| **The Bank of New York Mellon**<br>**c/o CT Corporation**<br>**818 West 7th Street, Suite 930**<br>**Los Angeles, CA 90017** | Line **2.17** |
| **The Bank of New York Mellon**<br>**225 Liberty Street**<br>**New York, NY 10286** | Line **2.18** |
| **The Bank of New York Mellon**<br>**c/o CT Corporation**<br>**818 West 7th Street, Suite 930**<br>**Los Angeles, CA 90017** | Line **2.18** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Chrestotes, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $30,928.13 | $30,928.13 |
|  | Date or dates debt was incurred<br><br>**5/23/2008** | Basis for the claim:<br>**State Income Taxes**<br>**820 Mesita Place**<br>**Fullerton, CA 92835** |  |  |
|  | Last 4 digits of account number **1446**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $10,987.33 | $10,987.33 |
|  | Date or dates debt was incurred<br><br>**11/12/08** | Basis for the claim:<br>**State Income Taxes**<br>**820 Mesita Place**<br>**Fullerton, CA 92835** |  |  |
|  | Last 4 digits of account number **8664**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

Debtor    **Chrestotes, Inc.**                                      Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,185.88 | $22,185.88 |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**11/12/2012**

Basis for the claim:
**State Income Taxes:**
**820 Mesita Place**
**Fullerton, CA 92835**

Last 4 digits of account number **7440**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,412.78 | $2,412.78 |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**1/22/2013**

Basis for the claim:
**State Income Taxes:**
**820 Mesita Place**
**Fullerton, CA 92835**

Last 4 digits of account number **2222**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,066.98 | $23,066.98 |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**3/21/2014**

Basis for the claim:
**State Income Taxes:**
**820 Mesita Place**
**Fullerton, CA 92835**

Last 4 digits of account number **0455**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,801.03 | $7,801.03 |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**8/18/2015**

Basis for the claim:
**State Income Taxes:**
**820 Mesita Place**
**Fullerton, CA 92835**

Last 4 digits of account number **8540**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Chrestotes, Inc.**                                      Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,826.92 | $3,826.92 |

**2.7** | Priority creditor's name and mailing address

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$3,826.92    $3,826.92

Date or dates debt was incurred

**12/9/2016**

Basis for the claim:
**State Income Taxes:**
**820 Mesita Place**
**Fullerton, CA 92835**

Last 4 digits of account number **8481**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$30,928.13    $30,928.13

Date or dates debt was incurred

**5/23/2008**

Basis for the claim:
**State Income Taxes:**
**830 Arbolado Drive**
**Fullerton, CA 92835**

Last 4 digits of account number **1446**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$10,987.33    $10,987.33

Date or dates debt was incurred

**11/12/2008**

Basis for the claim:
**State Income Taxes:**
**830 Arbolado Drive**
**Fullerton, CA 92835**

Last 4 digits of account number **8664**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$19,407.12    $19,407.12

Date or dates debt was incurred

**2/5/2010**

Basis for the claim:
**State Income Taxes:**
**830 Arbolado Drive**
**Fullerton, CA 92835**

Last 4 digits of account number **6789**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Chrestotes, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,490.53 | $5,490.53 |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Income Taxes:
830 Arbolado Drive
Fullerton, CA 92835**

**8/6/2010**

Last 4 digits of account number **0408**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,185.88 | $22,185.88 |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Income Taxes:
830 Arbolado Drive
Fullerton, CA 92835**

**11/12/2012**

Last 4 digits of account number **7440**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,412.78 | $2,412.78 |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Income Taxes:
830 Arbolado Drive
Fullerton, CA 92835**

**1/22/2013**

Last 4 digits of account number **2222**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Chrestotes, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,066.98 | $23,066.98 |

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**3/21/2014**

Basis for the claim:
**State Income Taxes:**
**830 Arbolado Drive**
**Fullerton, CA 92835**

Last 4 digits of account number **0455**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,801.03 | $7,801.03 |

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**8/18/2015**

Basis for the claim:
**State Income Taxes:**
**830 Arbolado Drive**
**Fullerton, CA 92835**

Last 4 digits of account number **8540**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,826.92 | $3,826.92 |

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**12/9/2016**

Basis for the claim:
**State Income Taxes:**
**830 Arbolado Drive**
**Fullerton, CA 92835**

Last 4 digits of account number **8481**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ____
Last 4 digits of account number ____

Basis for the claim: _____

Is the claim subject to offset? ☐ No   ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    __Chrestotes, Inc._____    Case number (if known) _____
        Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.1**<br>☐ Not listed. Explain ____ | — |
| 4.2 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.2**<br>☐ Not listed. Explain ____ | — |
| 4.3 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.3**<br>☐ Not listed. Explain ____ | — |
| 4.4 | **Franchise Tax Board**<br>P.O. Box 2952<br>Sacramento, CA 95812 | Line **2.4**<br>☐ Not listed. Explain ____ | — |
| 4.5 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.5**<br>☐ Not listed. Explain ____ | — |
| 4.6 | **Franchise Tax Board**<br>P.O. Box 2952<br>Sacramento, CA 95812 | Line **2.6**<br>☐ Not listed. Explain ____ | — |
| 4.7 | **Franchise Tax Board**<br>P.O. Box 2952<br>Sacramento, CA 95812 | Line **2.7**<br>☐ Not listed. Explain ____ | — |
| 4.8 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.8**<br>☐ Not listed. Explain ____ | — |
| 4.9 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.9**<br>☐ Not listed. Explain ____ | — |
| 4.10 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.10**<br>☐ Not listed. Explain ____ | — |
| 4.11 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.11**<br>☐ Not listed. Explain ____ | — |
| 4.12 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.12**<br>☐ Not listed. Explain ____ | — |
| 4.13 | **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line **2.13**<br>☐ Not listed. Explain ____ | — |

Debtor    **Chrestotes, Inc.**                                          Case number (if known) _____
          _____
          Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.14   **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line _2.14_<br><br>☐ Not listed. Explain ____ | _ _ |
| 4.15   **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line _2.15_<br><br>☐ Not listed. Explain ____ | _ _ |
| 4.16   **Franchise Tax Board**<br>P.O. Box 1673<br>Sacramento, CA 95812-1673 | Line _2.16_<br><br>☐ Not listed. Explain ____ | _ _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $          227,315.75 |
| 5b. Total claims from Part 2 | 5b.  + | $                    0.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $          227,315.75 |

**Fill in this information to identify the case:**

Debtor name    **Chrestotes, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Chrestotes, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Dolly Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Mortgage Electronic Registration | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Dolly Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Mortgage Electronic Registration | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Dolly Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | EKB Financial | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 Dolly Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Lif Inc. | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 Dolly Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | B & R Cassel Enterprises, Inc. | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Chrestotes, Inc.** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                     *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **Aaronson &<br>Associates** | ■ D   **2.3**___<br>☐ E/F ___<br>☐ G ___ |
| 2.7 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **Lidia O. Flores** | ■ D   **2.12**___<br>☐ E/F ___<br>☐ G ___ |
| 2.8 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **Gregg Tenelshof** | ■ D   **2.11**___<br>☐ E/F ___<br>☐ G ___ |
| 2.9 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **Gregg Tenelshof** | ■ D   **2.10**___<br>☐ E/F ___<br>☐ G ___ |
| 2.10 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **California<br>Reconveyance<br>Company** | ■ D   **2.7**___<br>☐ E/F ___<br>☐ G ___ |
| 2.11 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **Lif Inc.** | ■ D   **2.13**___<br>☐ E/F ___<br>☐ G ___ |
| 2.12 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **B & R Cassel<br>Enterprises, Inc.** | ■ D   **2.5**___<br>☐ E/F ___<br>☐ G ___ |
| 2.13 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **Aaronson &<br>Associates** | ■ D   **2.4**___<br>☐ E/F ___<br>☐ G ___ |

Debtor    Chrestotes, Inc._____    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                              *Column 2: Creditor*

| | | | |
|---|---|---|---|
| 2.14 | **Dolly Valdivia** | 820 Mesita Place<br>Fullerton, CA 92835 | **Tenelshof and Rhode** |

■ D  __2.19__
☐ E/F  ____
☐ G  ____

| | | | |
|---|---|---|---|
| 2.15 | **Egg Art<br>Creations** | 820 Mesita Place<br>Fullerton, CA 92835 | **Franchise Tax Board** |

☐ D  ____
■ E/F  __2.13__
☐ G  ____

| | | | |
|---|---|---|---|
| 2.16 | **Jennifer<br>Fontanilla** | 17777 Center Court Drive, #600<br>Cerritos, CA 90703 | **Gregg Tenelshof** |

■ D  __2.10__
☐ E/F  ____
☐ G  ____

| | | | |
|---|---|---|---|
| 2.17 | **Jennifer<br>Fontanilla** | 17777 Center Court Drive, #600<br>Cerritos, CA 90703 | **Gregg Tenelshof** |

■ D  __2.11__
☐ E/F  ____
☐ G  ____

| | | | |
|---|---|---|---|
| 2.18 | **Jennifer<br>Fontanilla** | 17777 Center Court Drive, #600<br>Cerritos, CA 90703 | **Franchise Tax Board** |

☐ D  ____
■ E/F  __2.10__
☐ G  ____

| | | | |
|---|---|---|---|
| 2.19 | **Jennifer<br>Fontanilla** | 17777 Center Court Drive, #600<br>Cerritos, CA 90703 | **Franchise Tax Board** |

☐ D  ____
■ E/F  __2.11__
☐ G  ____

| | | | |
|---|---|---|---|
| 2.20 | **Jennifer<br>Fontanilla** | 17777 Center Court Drive, #600<br>Cerritos, CA 90703 | **Tenelshof and Rhode** |

■ D  __2.19__
☐ E/F  ____
☐ G  ____

| | | | |
|---|---|---|---|
| 2.21 | **Juanita<br>Guarjardo** | 830 Arbolado Drive<br>Fullerton, CA 92835 | **Gregg Tenelshof** |

■ D  __2.10__
☐ E/F  ____
☐ G  ____

| Debtor | Chrestotes, Inc. | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.22 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | California Reconveyance Company | ■ D  2.8  ☐ E/F ____  ☐ G ____ |
| 2.23 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Gregg Tenelshof | ■ D  2.11  ☐ E/F ____  ☐ G ____ |
| 2.24 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | LVNV Funding, LLC | ■ D  2.15  ☐ E/F ____  ☐ G ____ |
| 2.25 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Franchise Tax Board | ☐ D ____  ■ E/F  2.1  ☐ G ____ |
| 2.26 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Franchise Tax Board | ☐ D ____  ■ E/F  2.2  ☐ G ____ |
| 2.27 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Franchise Tax Board | ☐ D ____  ■ E/F  2.12  ☐ G ____ |
| 2.28 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Franchise Tax Board | ☐ D ____  ■ E/F  2.14  ☐ G ____ |
| 2.29 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Franchise Tax Board | ☐ D ____  ■ E/F  2.15  ☐ G ____ |

Debtor    __Chrestotes, Inc.__                                Case number *(if known)* _____

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                          *Column 2: Creditor*

| 2.30 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Franchise Tax Board | ☐ D _____ ■ E/F __2.16__ ☐ G _____ |
|---|---|---|---|---|
| 2.31 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | 1st Centennial Bank | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.32 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | Tenelshof and Rhode | ■ D __2.19__ ☐ E/F _____ ☐ G _____ |
| 2.33 | Juanita Guarjardo | 830 Arbolado Drive Fullerton, CA 92835 | 1st Centennial Bank | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.34 | Raul Valdivia | 820 Mesita Place Fullerton, CA 92835 | Mortgage Electronic Registration | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |
| 2.35 | Raul Valdivia | 820 Mesita Place Fullerton, CA 92835 | Mortgage Electronic Registration | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.36 | Raul Valdivia | 820 Mesita Place Fullerton, CA 92835 | EKB Financial | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.37 | Raul Valdivia | 820 Mesita Place Fullerton, CA 92835 | Lif Inc. | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |

Debtor   **Chrestotes, Inc.**                                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                    *Column 2: Creditor*

| 2.38 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | B & R Cassel<br>Enterprises, Inc. | ▮ D   2.6<br>☐ E/F _____<br>☐ G _____ |
|------|---------------|------------------------------------------|-----------------------------------|--------------------------------------|
| 2.39 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Aaronson &<br>Associates | ▮ D   2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Lidia O. Flores | ▮ D   2.12<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Gregg Tenelshof | ▮ D   2.11<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Gregg Tenelshof | ▮ D   2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | California<br>Reconveyance<br>Company | ▮ D   2.7<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Lif Inc. | ▮ D   2.13<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | B & R Cassel<br>Enterprises, Inc. | ▮ D   2.5<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Chrestotes, Inc.**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.46 | **Raul Valdivia**<br>820 Mesita Place<br>Fullerton, CA 92835 | **Aaronson &<br>Associates** | ■ D  2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | **Raul Valdivia**<br>820 Mesita Place<br>Fullerton, CA 92835 | **Tenelshof and Rhode** | ■ D  2.19<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **Raul Valdivia Jr.**<br>830 Arbolado Drive<br>Fullerton, CA 92835 | **1st Centennial Bank** | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Chrestotes, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $51,000.00 |
   | **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $-27.00 |
   | **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $-27.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Chrestotes, Inc.**_____    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | Chrestotes, Inc. | Case number (if known) | |
|--------|------------------|------------------------|--|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets — Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices Of David A. Tilem<br>206 N. Jackson Street, #201<br>Glendale, CA 91206 | | 6/23/2017 | $2,100.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Law Offices Of David A. Tilem<br>206 N. Jackson Street, #201<br>Glendale, CA 91206 | | 6/28/2017 | $9,100.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Law Offices Of David A. Tilem<br>206 N. Jackson Street, #201<br>Glendale, CA 91206 | | 6/30/2017 | $517.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Chrestotes, Inc.**                                                    Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Chrestotes, Inc.**                                              Case number *(if known)*  _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

| Debtor | Chrestotes, Inc. | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Dewey, McDonald & Carrillo, Inc.**<br>1282 W. Arrow Hwy., Suite 200<br>Upland, CA 91786 | **2015-2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Dolly Valdivia**<br>820 Mesita Place<br>Fullerton, CA 92835 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Raul Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | President | 50 |

| Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |

Debtor    **Chrestotes, Inc.**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Dolly Valdivia | 820 Mesita Place<br>Fullerton, CA 92835 | Secretary | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor    Chrestotes, Inc.                                          Case number (if known)

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      July 1, 2017

_____        Dolly Valdivia
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Chrestotes, Inc.**                         Case No. _____

                                       Debtor(s)           Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **11,717.00** |
    | Prior to the filing of this statement I have received | $ | **0.00** |
    | Balance Due | $ | **11,717.00** |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See retainer agreement.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 1, 2017** _____           _____
*Date*                                              David A. Tilem 103825
                                                   *Signature of Attorney*
                                                     Law Offices of David A. Tilem
                                                     206 N. Jackson Street, #201
                                                     Glendale, CA 91206
                                                     (818) 507-6000  Fax: (818) 507-6800
                                                     *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
David A. Tilem
206 N. Jackson Street, #201
Glendale, CA 91206
(818) 507-6000 Fax: (818) 507-5800
California State Bar Number: 103825

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Chrestotes, Inc.

Debtor(s).

CASE NO.:
CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **4** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  July 1, 2017

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  July 1, 2017

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Chrestotes, Inc.
820 Mesita Place
Fullerton, CA 92835


David A. Tilem
Law Offices of David A. Tilem
206 N. Jackson Street, #201
Glendale, CA 91206


1st Centennial  Bank
218 E. State Street
Redlands, CA 92373


1st Centennial Bank
218 East State Street
Redlands, CA 92373


Aaronson & Associates
24862 Clavel
Mission Viejo, CA 92692


Aaronson & Associates
23622 Calabasas Road, Suite 121
Calabasas, CA 91302


Aaronson & Associates
32741 Seven Seas
Dana Point, CA 92629


B & R Cassel Enterprises, Inc.
8542 Doremere Drive
Huntington Beach, CA 92646

Brett Cassel
23622 Calabasas Rd.
Calabasas, CA 91302

California Reconveyance Company
 9200 Oakdale Ave # 100
Chatsworth, CA 91311

David Rhode et al
600 E. Date Street
Brea, CA 92821

Deutsche Bank National Trust Co.
1011 Centre Road, Suite 200
Wilmington, DE 19805

EKB Financial
27110 Tube Rose Street
Murrieta, CA 92562

Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812

Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812-1673

Fred Witt
27110 Tube Rose Street
Murrieta, CA 92562

Gregg Tenelshof
610 E. Date St.
Brea, CA 92821


Jennifer Fontanilla
17777 Center Court Drive, #600
Cerritos, CA 90703


JP Morgan Chase & Co.
1111 Polaris Parkway
Columbus, OH 43240


Lidia O. Flores
2722 Dollar Street
Lakewood, CA 90712


Lif Inc.
616 8th Street
Huntington Beach, CA 92648


Lif Inc.
6521 Morningside Drive
Huntington Beach, CA 92648


LVNV Funding, LLC
700 Executive Center Drive # 300
Greenville, SC 29615


Mark Antony Latini
6521 Morningside Drive
Huntington Beach, CA 92648

Mortgage Electronic Registration
Systems, Inc.
1818 Library Street, Suite 300
Reston, VA 20190

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

Rare Design Group, Inc.
1 Centerpointe Dr. Ste. 210
La Palma, CA 90623-2524

Raul Valdivia
820 Mesita Place
Fullerton, CA 92835

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Tenelshof and Rhode
600 E. Date Street
Brea, CA 92821

The Bank of New York Mellon
225 Liberty Street
New York, NY 10286

The Bank of New York Mellon
c/o CT Corporation
818 West 7th Street, Suite 930
Los Angeles, CA 90017